# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CALVIN LATIMER,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-1200-WFJ-CPT

REGENCY PALMS APARTMENT
and JOHN E. MCMILLAN,

    Defendants.
_____/

## **ORDER**

Before the Court is Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 2) and Plaintiff's construed motion to appoint counsel (Dkt. 3). The magistrate judge issued a thorough and well-reasoned report recommending *in forma pauperis* status and appointment of counsel be denied without prejudice (Dkt. 6). The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge found the Plaintiff fails to support his assertion of indigency and the complaint falls short of basic pleading requirements of placing the Defendants on notice of the claims alleged against them. Dkt. 6. The magistrate judge further found Plaintiff fails to show the extreme or exceptional circumstances warranting

appointment of counsel. For all the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 6) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied without prejudice.

3. Plaintiff's motion to appoint counsel (Dkt. 3) is denied without prejudice.

4. The complaint (Dkt. 1) is dismissed without prejudice.

5. Plaintiff shall file an amended complaint, if he so chooses to amend, in compliance with the Report and Recommendation on or before September 7, 2021, or this case will be dismissed without further notice.

**DONE AND ORDERED** in Tampa, Florida, on August 4, 2021.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*